**John H. ROETHEL, Appellant, v. THE MY-ERS REGULATOR COMPANY, Appellee.**

**No. 7926.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1939.

Dike, Calver & Gray, of Detroit, Mich., for appellant.

No counsel appeared for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellant to withdraw and dismiss appeal without prejudice be and the same is hereby granted.

**Carlton W. SMITH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 8454.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1939.

Albus & Greaney, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon reading the stipulation made and entered into by the above named parties, through their respective attorneys, and filed in this court, and in accordance with said stipulation,

It is now ordered by this Court that the above and foregoing proceeding be, and the same is hereby, remanded to the said Board of Tax Appeals for further proceedings in accordance with the provisions of Section 214 of the Revenue Act of 1939.

And it is further ordered by this Court that the mandate in this cause issue forthwith to the said Board of Tax Appeals.

**In the Matter of the Petition of SMITH ENGINEERING COMPANY for a Writ of Mandamus Directed to the Honorable Charles N. Pray, District Judge of the United States District Court of Montana, and Said United States District Court of Montana.**

**No. 9343.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 18, 1939.

Sterling M. Wood, of Billings, Mont., and William H. Hunt and Wallace Sheehan, both of San Francisco, Cal., for petitioner.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the petition of Sterling M. Wood, that he and his associates be permitted to withdraw as counsel of record, and it appearing from said petition that the petitioner has assigned its right and interest in the subject matter of this litigation, and the assignee, J. B. Swartz, desiring that this matter be dismissed, ordered petition to withdraw granted, that the order to show cause heretofore issued be discharged and the petition for mandamus be dismissed.